# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JAMARR R. STONE,**

    **Plaintiff,**

v.

**ANNETTE CHAMBERS-SMITH,**

    **Defendant.**

**Case No. 2:23-cv-424**
**Judge Sarah D. Morrison**
**Magistrate Judge Caroline H. Gentry**

## ORDER

This matter is before the Court on the August 4, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 7.) The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and 1915A and recommended that Plaintiff be permitted to proceed with Count Three to the extent he alleges a violation of the Due Process Clause of the Fourteenth Amendment of the United States Constitution. The Magistrate Judge recommended dismissal of all other claims. A copy of the Report and Recommendation was mailed to Plaintiff on August 15, 2023. The time for filing objections has passed, and no objections have been filed.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 7.) Plaintiff is **PERMITTED** to proceed on Count Three of the Complaint to the extent he alleges a violation of the Due Process Clause of the Fourteenth Amendment of the United States Constitution. All other claims are hereby **DISMISSED**.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**